THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD HICKS, Appellant.

Argued June 10, 1942; decided July 29, 1942.

*James F. Ryan, Philip J. Jones* and *Harry G. Anderson* for appellant.

*William O'Dwyer, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.